429 A.2d 74

In re W. C. parent and natural father of J. C., P. C.,
J. C., and S. C.

Appeal of W. C.

 Argued April
14, 1980. David M. Priselac, for appellant; Joseph A. Jaffe,
Child Advocacy Legal Association, for appellees. George M.
Janocsko, Assistant County Solicitor, for Allegheny County,
participating party.
Before PRICE, BROSKY and MONTGOMERY, JJ.
The order of the lower court is affirmed.